NO. 07-05-0453-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 28, 2006

______________________________

SANGUINET BUILDING, L.P., APPELLANT

V.

SUNDOWN OPERATING, INC. AND DON H. WILSON, APPELLEES

_________________________________

FROM THE 286
TH
 DISTRICT COURT OF HOCKLEY COUNTY;

NO. 05-11-20215; HONORABLE HAROLD PHELAN, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

On February 23, 2006, the appellant filed an Unopposed Motion to Dismiss Appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  Tex. R. App. P. 42.1.   All costs incurred are adjudged against the party incurring the same.    

James T. Campbell

             Justice